ARIGATO STABLES v. AMERICAN LIVE STOCK
INSURANCE COMPANY.

September 5, 1985.

Petition for certification denied.

GARFIELD TRUST COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

September 5, 1985.

Petition for certification granted.

JEAN E. SKRIPEK v. ANGELO R. BERGAMO, M.D.

September 5, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 620)

STATE OF NEW JERSEY v. JEROME ALEXANDER.

September 5, 1985.

Petition for certification denied.